**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RICKY SAVAGE**, | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 19-6026-KSM** |
| **TEMPLE UNIVERSITY – OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION,** et al., | |
| Defendants. | |

## ORDER

**AND NOW** this 25th day of June, 2020, upon consideration of the defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 19), the plaintiff's response brief (Doc. No. 20), and the defendants' reply brief (Doc. No. 21), it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1.      The defendants' partial motion to dismiss Counts I–XII is **GRANTED**, and those counts are **DISMISSED WITHOUT PREJUDICE** to the extent that they raise claims of race discrimination.  The plaintiff may file an amended complaint if he is able to cure the defects identified in the Court's opinion.  The amended complaint is due **by July 9, 2020**.

2.      The defendants' motion to dismiss the plaintiff's request for injunctive relief is **DENIED.**

**IT IS SO ORDERED.**

**/s/KAREN SPENCER MARSTON**
_____
KAREN SPENCER MARSTON, J.