IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICKY SAVAGE**,<br><br>    Plaintiff,<br><br>    *v.*<br><br>**TEMPLE UNIVERSITY – OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION,** et al.,<br><br>    Defendants. | **CIVIL ACTION**<br><br>**NO. 19-6026-KSM** |

## ORDER

**AND NOW** this 17th day of September, 2020, upon consideration of Plaintiff's Motion to Strike Pursuant to Fed. R. Civ. P. 12(f) (Doc. No. 33) and Defendant's opposition brief (Doc. No. 34), it is **ORDERED** that the Motion is **GRANTED in PART** and **DENIED in PART** as follows:

1. Paragraphs 7, 9, 10, 12, 13, 15, 16, 18, 19, and 62 of Defendants' answer (Doc. No. 29) are stricken. Consistent with the Court's Memorandum Opinion, Defendants shall file new responses to those paragraphs by **September 24, 2020.**

2. Affirmative defenses 9 and 29 of Defendants' answer are also stricken.

3. The remainder of the Motion is **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**