IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICKY SAVAGE,**<br><br>    Plaintiff,<br><br>    *v.*<br><br>**TEMPLE UNIVERSITY-OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION,** et al.,<br><br>    Defendants. | **CIVIL ACTION**<br><br>**NO. 2:19-cv-6026-KSM** |

# ORDER

**AND NOW**, this 29th day of March, 2022, upon consideration of Defendants' Motion for Partial Summary Judgment (Doc. No. 50), Plaintiff's opposition brief (Doc. No. 54), and Defendants' reply brief (Doc. No. 55), and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** and judgment entered in favor of Defendants as to:

   - Counts II, IV, V, VI, XIII, and XIV in their entirety.

   - Counts I, III, and VII–XII to the extent they assert claims for intersectional discrimination.

   - Counts VII and X as against individual Defendants Monahan, Brown, Casey, and Muller.

   - Counts VIII, IX, XI, and XII as against individual Defendants Casey and Muller.

2. Plaintiff may not recover losses related to Temple's tuition remission policy.

3. Otherwise, the motion is **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.